# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00752-CR

**Warren Randall Hughes, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
## NO. 69579, HONORABLE JOHN GAUNTT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Warren Randall Hughes filed a notice of appeal from a judgment of conviction for murder. *See* Tex. Penal Code § 19.01. However, the trial court certified that this is a plea bargain case and Hughes has no right of appeal. Hughes and his counsel signed the certification.

The appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

 

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed:   December 23, 2014

Do Not Publish